On Rehearing Ex Mero Motu,

PER CURIAM.
On April 22, 2008, this court issued an order placing this case on rehearing ex mero motu. We are now withdrawing that order.
ORDER OF APRIL 22, 2008, WITHDRAWN.*
THOMPSON, P.J., and PITTMAN, THOMAS, and MOORE, JJ., concur.
BRYAN, J., dissents, with writing.

 Note from the reporter of decisions: On March 26, 2008, Laura Wilson filed a motion for clarification of the Court of Civil Appeals' remand order, in an opinion released on August 11, 2006, published at 984 So.2d 1153. On April 22, 2008, the Court of Civil Appeals, which had issued its certificate of judgment on January 2, 2008, following the Alabama Supreme Court’s affirmance of its judgment, 984 So.2d 1161, recalled that certificate and placed the case on rehearing ex mero motu.